UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
UNITED STATES OF AMERICA,

                                        ORDER
                                        17 cr. 764 (LAP)

    v.

LEONARDO CHAMPAGNE,

    Defendant.
------------------------------------------------------------

UPON the application of Marlon G. Kirton, Esq., Lead Counsel, for the above named defendant, LEONARDO CHAMPAGNE, Register Number 91219-054, it being apparent that MR. CHAMPAGNE is in need of appropriate clothing for trial.

IT IS HEREBY ORDERED, that the WARDEN of the METROPOLITAN CORRECTIONAL CENTER and his/her staff accept clothing on behalf of MR. CHAMPAGNE and keep that clothing available to him so that he can wear it for trial beginning, Monday, July 9, 2018.

IT IS FURTHER ORDERED that the WARDEN of the METROPOLITAN CORRECTIONAL CENTER and his/her staff shall return said clothes and accept the same number of replacement clothing items as needed during the trial which is expected to last for one (1) week.

                                        SO ORDERED.

July 6, 2018
DATE

                                        LORETTA A. PRESKA
                                        U.S. DISTRICT COURT JUDGE